# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DAVID DONALDSON,<br><br>      Plaintiff,<br><br>v.<br><br>LAW OFFICES OF NELSON & KENNARD,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C24-5409-MLP |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT

Pursuant to the parties' stipulated motion (dkt. # 15), this Case is DISMISSED with prejudice.

 Dated July 28, 2025.

               Ravi Subramanian
               Clerk of Court

               s/Tim Farrell
               Deputy Clerk